# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CADE LEWIS VELARDE, | Case No. CV 11-503 GW (MRW) |
| Petitioner, | |
| vs. | JUDGMENT |
| KOEHN, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: August 23, 2012

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE